

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

CLERK, U.S. DISTRICT COURT
6/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY:     KM          DEPUTY

Case Number    2:26-cr-00396 -RGK

U.S.A.  v.  Jeffrey Carrion

Defendant Number    1

Year of Birth    1968

[✓] Indictment          [ ] Information

Investigative agency (FBI, DEA, etc.)    HSI

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense    October 24, 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles       [ ] Ventura

[ ] Orange            [ ] Santa Barbara

[ ] Riverside         [ ] San Luis Obispo

[ ] San Bernardino    [ ] Other NA

Citation of Offense    18 U.S.C. 922(g)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No       [ ] Yes

If "Yes," Case Number: NA

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): NA

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 5/14/2026

Case Number:    2:26-MJ-02902-DUTY

Assigned Judge:    DUTY

Charging: 18 U.S.C. 922(g)

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: NA

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide Name:    Bert Roughton, DFPD

Phone Number:    213-894-2854

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*       [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*       [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the  NA  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
NA

Case Number NA

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
NA

[ ] was previously dismissed on  NA

Are there 8 or more defendants in the superseding case?
[ ] Yes*       [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*       [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes       [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☐ NO

IF YES, list language and/or dialect:

NA

**OTHER**

☑ Male        ☐ Female

☐ U.S. Citizen   ☐ Alien

Alias Name(s)   aka "Trip"

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

<u>Defendant is **not in custody**:</u>

a. Date and time of arrest on complaint:  NA

b. Posted bond at complaint level on:  NA

in the amount of $ NA

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

NA

<u>Defendant is **in custody**:</u>

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:    White Memorial

c. If Federal, U.S. Marshals Service Registration Number:
68886-512

d. ☑ Solely on this charge.  Date and time of arrest:

June 1, 2026

e. On another conviction:   ☐ Yes   ☑ No

IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☑ No

IF YES :   ☐ State   ☐ Federal   AND

Name of Court:  NA

Date transferred to federal custody: NA

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  NA

Date    6/16/2026

Signature of Assistant U.S. Attorney

Alex Young

Print Name